```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )          8:07MJ61
          Plaintiff,           )
                               )
   vs.                         )          ORDER
                               )
SERVANDO LOPEZ,                )
                               )
          Defendant.           )
```

Re: MATERIAL WITNESS, OSBER ZAMBRANO-RUIZ

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named material witness in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named material witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Hunter Brandon Sadle is appointed to represent the above named material witness in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Hunter Brandon Sadle.

DATED this 14th day of May, 2007.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              United States Magistrate Judge